FILED
2013 Apr-22  PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KARL E. DOVER and JERRY LYNN BARKER**, on her own behalf and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )   Civil Action Number<br>)   **2:09-cv-1009-AKK** |
| vs. | ) |
| **OLD REPUBLIC HOME PROTECTION COMPANY, INC.**, | )<br>)<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Consistent with the Joint Motion to Dismiss filed by the parties, doc. 87, this action is hereby **DISMISSED** with prejudice.

Done the 22nd day of April, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE